IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jordie Bornstein, Cordt Byrne, Elliot Carter, Jeff Ciotti, Dwight Dickerson, Matthew Christianson, Logan Griesemer, Ryan Hart, William Horton, Steve Krug, Gail Margolis, Kate Mortensen, Alyssa Nee, Christopher Whalen, Stephan Farid Wozniak, Christopher Zayas-Bazan, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Qualcomm, Incorporated,<br><br>Defendant. | Case No.: 17-cv-234-LHK<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)**<br><br>Related Consolidated Action:<br>MDL No. 17-md-2773-LHK |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs in *Bornstein, et al. v. Qualcomm, Inc.*, No. 17-cv-234-LHK (N.D. Cal.), Jordie Bornstein, Cordt Byrne, Elliot Carter, Jeff Ciotti, Dwight Dickerson, Matthew Christianson, Logan Griesemer, Ryan Hart, William Horton, Steve Krug, Gail Margolis, Kate Mortensen, Alyssa Nee, Christopher Whalen, Stephan Farid Wozniak, and Christopher Zayas-Bazan, by and through their counsel hereby voluntarily dismiss, without prejudice, the action of *Bornstein, et al. v. Qualcomm, Inc.*, No. 17-cv-234-LHK (N.D. Cal.) against Defendant Qualcomm Incorporated.  Defendant has not filed or served either an answer or a motion for summary judgment in the action.  Plaintiffs have not previously dismissed in any court in the United States or in any state an action based on or including the same claims asserted in *Bornstein, et al. v. Qualcomm, Inc.*, No. 17-cv-234-LHK (N.D. Cal.).

Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: September 27, 2017

Respectfully submitted,

*/s/ Samantha J. Stein*
Michael P. Lehmann (77152)
Bruce J. Wecker (78530)
Bonny E. Sweeney (176174)
Christopher L. Lebsock (184546)
Samantha J. Stein (302034)
**HAUSFELD LLP**
600 Montgomery Street, 32nd Floor
San Francisco, CA  94111
Tel: 415-633-1908
Fax: 415-358-4980
Email: mlehmann@hausfeld.com
Email: bwecker@hausfeld.com
Email: bsweeney@hausfeld.com
Email: clebsock@hausfeld.com
Email: sstein@hausfeld.com

Michael D. Hausfeld (*pro hac vice*)
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
Tel: 202-540-7200
Fax: 202-540-7201
Email: mhausfeld@hausfeld.com

Lee Albert (P.A. Id. No. 46852)
Gregory B. Linkh
Brian P. Murray
**GLANCY PRONGAY & MURRAY LLP**
122 E. 42nd Street
Suite 2920
New York, NY 10168
Tel: 212-682-5340
Fax: 212-884-0988
Email: lalbert@glancylaw.com
Email: glinkh@glancylaw.com
Email: bmurray@glancylaw.com

Michael A. Rose
Frank R. Schirripa
Daniel B. Rehns
**HACH ROSE SCHIRRIPA & CHEVERIE LLP**
185 Madison Avenue
New York, New York 10016
Tel: 212-213-8311
Email: mrose@hrsclaw.com
Email: fschirripa@hrsclaw.com

Email: drehns@hrsclaw.com

Lesley E. Weaver (191305)
**Bleichmar Fonti & Auld LLP**
1999 Harrison Street, Suite 670
Oakland, CA 94612
Tel: 415-445-4003
Fax: 415-445-4020
Email: lweaver@bfalaw.com

Paul C. Whalen (PW-1300)
**Law Office of Paul C. Whalen, P.C.**
768 Plandome Road
Manhasset, NY 11030
Tel: 516-426-6870
Email: paul@paulwhalen.com

*Attorneys for Plaintiffs*